**U.S. Bankruptcy Court**
**Eastern District of Arkansas**

In re:

Bankruptcy Case No.**4:26−bk−10476**

**THE MOUNTAIN MEADOWS ASSOCIATION, INC.**
Debtor

Adversary Proceeding No.**4:26−ap−01058**

**THE MOUNTAIN MEADOWS ASSOCIATION, INC.**
Plaintiff
v.

**THOSE PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT,**
Defendant

# *SUMMONS IN AN ADVERSARY PROCEEDING*

**To: THOSE DEFENDANTS LISTED ON EXHIBIT A TO THE COMPLAINT**

**YOU ARE SUMMONED** and required to either (i) submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of service of the summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of service, or as may otherwise be ordered by the Court, or (ii) submit an executed copy of the Consent Judgment provided to you with this Summons to Omni Agent Solutions, Inc.

**Address of Clerk**
**Clerk, U.S. Bankruptcy Court**
**Eastern District of Arkansas**
**300 W. Second St.**
**Little Rock, AR 72201**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney or pro se plaintiff.

**Name and Address of Plaintiff's Attorney**
**Jonathan Noble Edel**
**K & L Gates LLP**
**300 S. Tryon St.**
**Suite 1000**
**Charlotte, NC 28202**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**SERVICE OF THE SUMMONS MUST BE COMPLETED IN COMPLIANCE WITH THE *ORDER GRANTING DEBTORS' EMERGENCY MOTION ON LIMITED NOTICE ALTERING CERTAIN PROCEDURES AND EXTENDING CERTAIN DEADLINES IN CONNECTION WITH THE ADMINISTRATION AND PROSECUTION OF THE ADVERSARY PROCEEDINGS* entered in Case No. 4:26-bk-10474 on August 11, 2026 at docket entry 142. A CERTIFICATE OF SERVICE WITH DESIGNATED AP NUMBER IS TO BE FILED WITH THE CLERK OF COURT PROMPTLY UPON COMPLETION OF SERVICE.**

**Date Issued** **9/15/2026**

*Linda McCormack, Clerk of Court*

**U.S. Bankruptcy Court**
**Eastern District of Arkansas**

In re:

Bankruptcy Case No.**4:26−bk−10476**

**THE MOUNTAIN MEADOWS ASSOCIATION, INC.**
Debtor

Adversary Proceeding No.**4:26−ap−01058**

**THE MOUNTAIN MEADOWS ASSOCIATION, INC.**
Plaintiff
v.

**THOSE PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT,**
Defendant

## CERTIFICATE OF SERVICE

I, ______________________________________________________, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above−styled case, was made _________________________________by:

______Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

______Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

______Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

______Publication: The defendant was served as follows: [Describe briefly]

______State Law: The defendant was served pursuant to the laws of the State of ___________________, as follows:[Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __________________________________Signature: ___________________________________________________________.