**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>The Mountain Meadows Association, Inc.,<br><br>Debtor. | Case Number: 4-26-10476<br><br>Chapter 11, Subchapter V |
| The Mountain Meadows Association, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Those Parties Listed on Exhibit A to the Complaint,[1]<br><br>Defendants. | Adv. Proc. No. 4:26-AP-1058 |

**NOTICE OF ENTRY OF ADVERSARY PROCEDURES ORDER**

Notice is hereby provided that on August 11, 2026, the United States Bankruptcy Court entered the attached Order Altering Certain Procedures And Extending Certain Deadlines in Connection With The Administration and Prosecution of Adversary Proceedings (the "AP Procedures Order") in the jointly administered case of *In re: Mountain Ridge Condominium*

[1] A full list of all named Defendants is attached as **Exhibit A** to the Complaint as filed with the Court. A full list of all Defendants can be found at the following link: www.omniagentsolutions.com/MountainMeadows-AP-Defendants. If a Defendant is a party to more than one contract, the Defendant's name may appear on **Exhibit A** more than once.

*Council of Co-Owners, Inc.* Case No. 4-26-bk-10474, (Doc.#142). The AP Procedures Order is applicable to this adversary Proceeding.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Charles T. Coleman*
Charles T. Coleman (80030)
Stan D. Smith (90117)
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capital Ave., Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
Email: ccoleman@wlj.com
ssmith@wlj.com

- and –

Brandy A. Sargent (admitted *pro hac vice*)
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Email: brandy.sargent@klgates.com

- and –

Daniel M. Eliades (admitted *pro hac vice*)
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email: daniel.eliades@klgates.com

- and –

Jonathan N. Edel (admitted *pro hac vice*)
**K&L GATES LLP**
300 South Tryon St., Suite 1000
Charlotte, NC 28202
Telephone: (704) 331-7400
Email: jon.edel@klgates.com

*Counsel for Debtor and Debtor-in-Possession*

# EXHIBIT A

## ORDER GRANTING DEBTORS' MOTION ON LIMITED NOTICE ALTERING CERTAIN PROCEDURES AND EXTENDING CERTAIN DEADLINES IN CONNECTION WITH THE ADMINISTRATION AND PROSECUTION OF THE ADVERSARY PROCEEDINGS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Mountain Ridge Condominium Council of Co-Owners, Inc.,**[1]<br><br>**Debtor.** | **Case Number: 4-26-bk-10474**<br><br>**Chapter 11, Subchapter V**<br><br>**LEAD CASE** |
| In re:<br><br>The Mountain Meadows Association, Inc.,[2]<br><br>Debtor. | Case Number: 4-26-bk-10476<br><br>Chapter 11, Subchapter V |
| In re:<br><br>Cliffside Lodge II Council of Co-Owners, Inc.,[3]<br><br>Debtor. | Case Number: 4-26-bk-10478<br><br>Chapter 11, Subchapter V |
| In re:<br><br>Hamilton Cove Townhouses Property Owners Association, Inc.,[4]<br><br>Debtor. | Case Number: 4-26-bk-10479<br><br>Chapter 11, Subchapter V |
| In re:<br><br>The Fairways Townhouse Association, Inc.,[5]<br><br>Debtor. | Case Number: 4-26-bk-10480<br><br>Chapter 11, Subchapter V |

# ORDER GRANTING DEBTORS' MOTION ON LIMITED NOTICE ALTERING CERTAIN PROCEDURES AND EXTENDING CERTAIN DEADLINES IN CONNECTION WITH THE ADMINISTRATION AND PROSECUTION OF THE ADVERSARY PROCEEDINGS

[1] The last four digits of Mountain Ridge Condominium Council of Co-Owners, Inc.'s tax identification number are 5576. Its principal location is: 100 Mountain Ridge Circle, Fairfield Bay, Arkansas 72088.

[2] The last four digits of The Mountain Meadows Association, Inc.'s tax identification number are 8691. Its principal location is: 100 Pedestal Lane, Fairfield Bay, Arkansas 72088.

[3] The last four digits of Cliffside Lodge II Council of Co-Owners, Inc.'s tax identification number are 1118. Its principal location is: 125 Chelsea Drive, Fairfield Bay, Arkansas 72088.

[4] The last four digits of Hamilton Cove Townhouses Property Owners Association, Inc.'s tax identification number are 5663. Its principal location is: 1125 Dave Creek Parkway, Fairfield Bay, Arkansas 72088.

[5] The last four digits of The Fairways Townhouse Association, Inc.'s tax identification number are 3207. Its principal location is: 100 Fairways Drive, Fairfield Bay, Arkansas 72088.

Upon the *Debtors' Motion on Limited Notice for Entry of an Order Altering Certain Procedures and Extending Certain Deadlines in Connection with the Administration and Prosecution of the Adversary Proceedings* [ECF No. 133] (the "Motion");[1] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and it appearing that the relief requested by the Motion is necessary and appropriate and in the best interests of the Debtors' estate, its creditors, and the Defendants; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Debtors are authorized to amend the caption of the Complaints and in all other pleadings filed in the Adversary Proceedings to incorporate by reference those Defendants listed on Exhibit A to the individual Complaints. The caption of the Complaints and in all other pleadings filed in the Adversary Proceedings shall be substantially in the form as follows:

*[Remainder of Page Left Intentionally Blank.]*

[1] Capitalized terms not defined herein shall have the meaning as ascribed in the Motion.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**[DEBTOR'S NAME]**,<br><br>Debtor. | Case Number: 4-26-bk-104**[XX]**<br><br>Chapter 11, Subchapter V |
| **[DEBTOR'S NAME]**,<br><br>Plaintiff,<br><br>v.<br><br>Those Parties Listed on Exhibit A to the Complaint,[1]<br><br>Defendants. | Adv. Proc. No.: |

[1] A full list of all named defendants in the Adversary Proceeding can be found at the following link: https://omniagentsolutions.com/**[DEBTOR'S NAME]**-AP-Defendants. If a Defendant is a party to more than one contract, the Defendant's name may appear on this list more than once.

3. The Clerk of the Court and other parties in interest may take whatever actions are necessary to update the CM/ECF filing system and the respective records to reflect any changes to the lists of Defendants.

4. Debtors are authorized to serve the Complaints on Defendants with a one-page Exhibit A to each Complaint, which Exhibit A shall be personalized to identify the specific Defendant(s) being served by referencing the redacted contract number(s) and Defendant names(s). This one-page Exhibit A shall also contain the following note towards the bottom of the page:

> *Note*: A full list of all named defendants in the Adversary Proceeding can be found at the following link: https://omniagentsolutions.com/**[DEFENDANT'S NAME]**-AP-Defendants. If a Defendant is party to more than one contract, the Defendant's name may appear on this list more than once.

5. Notwithstanding anything to the contrary in the Motion, the form Amended Summons attached hereto as **<u>Exhibit 1</u>** is hereby approved for service on all Defendants. The Clerk of the Court is authorized to issue the Amended Summons.

6. Debtors shall have one hundred-eighty (180) days from the date that the Amended Summons are issued to serve the Amended Summons and Complaints on Defendants. All Defendants, including but not limited to the Foreign Defendants and Defendants served by publication, shall respond to any Complaint within thirty (30) days of service thereof.

7. Omni Agent Solutions, Inc. ("<u>Omni</u>") is authorized to serve the Amended Summons, Complaints, Consent Judgment, and this Order on Defendants, and to prepare corresponding certifications of service. Omni is authorized to receive Consent Judgements returned by Defendants via hard copy or electronically, collect and tabulate the same, and certify and/or testify in support of the results.

8. The Amended Summons, Complaints, Consent Judgment, this Order, and all other pleadings served pursuant to this Order may be served with double-sided printing.

9. One package consisting of the Amended Summons, Complaints, Consent Judgment, and this Order may be sent to all Defendants who reside at the same address per the Debtors' records, and such mailing shall constitute good service on all such named Defendants; *provided, however*, the Debtors shall serve multiple packages on the same Defendants to the extent such Defendants own interests in multiple Debtors' Properties.

10. Omni is authorized to utilize alternative service procedures whereby, for any exhibit exceeding five (5) pages, a slip sheet may be served in lieu of the full exhibit, directing notice parties to a hyperlink maintained by Omni where the complete exhibit(s) may be accessed.

11. Debtors are authorized to provide service by publication pursuant to Bankruptcy Rule 7004(c) on Defendants that cannot be served by First-Class Mail at their last known address as set forth

in the Debtors' records, or at any current address as set forth in a search performed by a third-party skip tracing vendor which provides present and past addresses for parties. Such service shall include publication of a modified summons, substantially in the form set forth in the next paragraph, (a) once in a local newspaper in Cleburne and Van Buren Counties, Arkansas, such as the Arkansas Democrat Gazette; (b) once in an online periodical in Cleburne and Van Buren Counties, Arkansas, such as the Arkansas Democrat Gazette online at www.arkansasonline.com; and (c) once in a national on-line periodical such as USA Today or such similar periodical and then mailing a copy of the publication and the Complaints to the Defendant's last known address as set forth in the Debtors' records. Debtors may list multiple defendants in one publication, but each Debtor shall make such publication individually with respect to its specific Property and Defendants. Once the publication is made, the Defendant shall be deemed validly served and thereafter all pleadings in the relevant Adversary Proceeding as well as in the Chapter 11 Cases may be served on such Defendant by United States First-Class Mail to the last known address of such Defendant as set forth in the Debtors' records. Such Defendants served by publication shall respond to the Complaints within thirty (30) days of the date of actual publication thereof, exclusive of such date of publication.

12. Notwithstanding anything to the contrary in the Motion, the amended summons for publication shall substantially comply with the following form:

> United States Bankruptcy Court
> Eastern District of Arkansas
> Case No. 4-26-bk-104**[XX]**
> Adv. Proc. No. _______
> (L.S.) STATE OF ARKANSAS TO: *John Doe, Jane Doe and Robert Roe*
> YOU ARE HEREBY SUMMONED AND REQUIRED to serve upon K&L GATES LLP, Plaintiff's attorneys, whose address is 300 South Tryon Street, Suite 1000, Charlotte, NC 28202, Attn: Jonathan N. Edel. telephone number (704) 331-7400, a motion or an answer to the Complaint—or, alternatively, an executed Consent Judgment—in which **[DEBTOR'S NAME]** is the Plaintiff and *John Doe, Jane Doe and Robert Roe* are among the Defendant(s), pending in the United States Bankruptcy Court, Eastern District of Arkansas and bearing

> Adv. Proc. No. ________ within thirty (30) days after the actual date of such publication, exclusive of such date. If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
>
> If you fail to answer or make a motion, Judgment may be rendered against you for the relief demanded in the Complaint. You shall file your answer and proof of service in duplicate with the Clerk of the United States Bankruptcy Court, Eastern District of Arkansas, U.S. Bankruptcy Court, 300 West 2nd Street, Little Rock, AR 72201, in accordance with the Federal Rules of Bankruptcy Procedure.
>
> YOU, *John Doe, Jane Doe and Robert Roe* are made part Defendant(s) to this action because you have or may claim to have some right, title, lien or other interest affecting the real estate being sold, by virtue of ownership, inheritance, descent, intestacy, devise, dower, curtesy, mortgage, deed, or conveyance, entry of judgment or other legal or lawful right. The nature of which and the reason that you and each of you are joined as Defendants is set forth with particularity in the complaint/amended complaint, which may be found on the following web site maintained by Omni Agent Solutions, Inc.: www.omniagentsolutions.com/Bay. A copy of the complaint will be furnished to you on request addressed to the attorneys for the Plaintiff at the above-mentioned address.

13. The Court may conduct a status conference with respect to the Adversary Proceedings in the future as needed. With respect to any such status conference, the Debtors are required to appear at the status conference through their counsel. Defendants are welcome, but are not required, to attend the status conference.

14. Pursuant to Federal Rule 5(c), (a) Defendants' pleadings and replies need not be served on other Defendants; (b) any crossclaim, counterclaim, avoidance, or affirmative defense in those pleadings and replies to them will be treated as denied or avoided by all other parties; and (c) filing any such pleading and serving it on the Debtors constitutes notice of the pleading to all parties.

15. The Debtors are authorized to provide notice of any Rule 9019 Motion only to (a) all Defendants subject to the particular Rule 9019 Motion, (b) all of the Debtor's creditors, (c) the United States Trustee, (d) the Subchapter V trustee, and (e) all parties requesting notice in the applicable Chapter 11 Case.

16. Pending further order of the Court, Debtors shall file periodic status reports updating any changes to the lists of Defendants.

17. The Debtors shall docket this Order in each Adversary Proceeding once they are filed.

18. Nothing herein shall preclude the Debtors from seeking additional time to serve Defendants, or to otherwise seek relief from the Court on any issue pertaining to the Adversary Proceedings, including relief from this Order.

19. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

20. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

21. Upon conclusion of the Adversary Proceedings, the Debtors shall notify the Clerk of the Court's Office to close the Adversary Proceedings.

IT IS SO ORDERED.

Honorable Richard D. Taylor
United States Bankruptcy Judge

Date: August 11, 2026

PREPARED BY:

WRIGHT, LINDSEY & JENNINGS, LLP
200 W. Capitol, Suite 2300
Little Rock, AR 72201
501-371-0808
ccoleman@wlj.com

*/s/ Charles T. Coleman*
Charles T. Coleman (80030)

4:26-bk-10454 Doc#: 642 Filed: 09/08/26 Entered: 09/08/26 15:10:34 Page 18 of 18

**EXHIBIT 1**

# U.S. Bankruptcy Court
# Eastern District of Arkansas

In re:

Bankruptcy Case No. 4-26-bk-104**[XX]**

**[DEBTOR'S NAME]**
Debtor

Adversary Proceeding No.

**[DEBTOR'S NAME]**
Plaintiff
v.
Those Parties Listed on Exhibit A to the Complaint,
Defendants

***SUMMONS IN AN ADVERSARY PROCEEDING***

**To: Those Defendants Listed on Exhibit A to the Complaint**
**YOU ARE SUMMONED** and required to either (i) submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of service of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of service, or as may otherwise be ordered by the Court, or (ii) submit an executed copy of the Consent Judgment provided to you with this Summons to Omni Agent Solutions, Inc.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Eastern District of Arkansas**<br>**300 W. Second St.**<br>**Little Rock, AR 72201** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney or pro se plaintiff.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Jonathan N. Edel**<br>**K&L Gates LLP**<br>**300 South Tryon St., Ste 1000**<br>**Charlotte, NC 28202** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**SERVICE OF THE SUMMONS MUST BE COMPLETED IN COMPLIANCE WITH THE *ORDER GRANTING DEBTORS' EMERGENCY MOTION ON LIMITED NOTICE ALTERING CERTAIN PROCEDURES AND EXTENDING CERTAIN DEADLINES IN CONNECTION WITH THE ADMINISTRATION AND PROSECUTION OF THE ADVERSARY PROCEEDINGS* [ECF No. [●]]. A CERTIFICATE OF SERVICE WITH DESIGNATED AP NUMBER IS TO BE FILED WITH THE CLERK OF THE COURT PROMPTLY UPON COMPLETION OF SERVICE.**

*Date Issued*

*Linda McCormack, Clerk Of Court*

# Notice Recipients

District/Off: 0860−4 User: admin Date Created: 8/11/2026
Case: 4:26−bk−10474 Form ID: pdf08Ac Total: 71

**Recipients of Notice of Electronic Filing:**

ust U.S. Trustee (ust) USTPRegion13.LR.ECF@usdoj.gov
tr Beverly I Brister beverly@thebristerfirm.com
aty Amy Blackburn amy.b.blackburn@usdoj.gov
aty Beverly I Brister beverly@thebristerfirm.com
aty Brandy A. Sargent brandy.sargent@klgates.com
aty Charles T. Coleman ccoleman@wlj.com
aty Daniel M Eliades daniel.eliades@klgates.com
aty Jonathan Noble Edel jon.edel@klgates.com
aty Joseph Anthony DiPietro joseph.a.dipietro@usdoj.gov
aty Luther Oneal Sutter, II luther.sutterlaw@gmail.com

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Mountain Ridge Condominium Council of Co−Owners, Inc. 100 Mountain Ridge Circle Fairfield Bay, AR 72088
acc Myers Brettholtz & Company PA 12671 Whitehall Drive Fort Myers, FL 33907−3626
r Hilco Real Estate, LLC 5 Revere Drive Suite 410 Northbrook, IL 60062
intp Omni Agent Solutions, Inc Woodland Hills
smg Internal Revenue Service 55 N. Robinson Oklahoma City, OK 73102
7206903 Ameriprise Financial Svcs LLC Comerica 611 Anton Blvd, Ste 200 Costa Mesa, CA 92626−7002
7206904 Arkansas Dept of Finance Administration Office of Excise Tax Administration 1816 W 7th St Little Rock, AR 72201
7206905 Arkansas Secretary of State 1401 W Capitol Ave Little Rock, AR 72201
7206906 Arkansas Telephone Company P.O. Box 69 Clinton, AR 72031
7213080 Bay Cliffside Lodge III Condominium Association, Inc. 110 Village Ln Fairfield Bay, AR 72088
7206907 Cintas P.O. Box 88005 Chicago, IL 72088−3919
7209737 Cliffside Lodge II Council of Co−Owners, Inc 125 Chelsea Drive Fairfield Bay, AR 72088
7206908 Comerica Bank, NA 2321 Rosecrans Ave, Ste 5000 El Segundo, CA 90245−4537
7209738 Community Club 184 337 Snead Dr Fairfield Bay, AR 72088−3908
7209739 Community Club 300 337 Snead Dr Fairfield Bay, AR 72088−3908
7206909 Community Water 299 Lakeshore Dr Greers Ferry, AR 72067
7209741 Community Water System 299 Lakeshore Dr Greers Ferry, AR 72067−9437
7206910 Daron Doubleday dba Daron Doubleday Builders 840 Lace Ln Shirley, AR 72153
7209751 Datamax Inc Attn Branch Support Leasing Division 2145 Hampton Ave P.O. Box 2235 St Louis, MO 63139−2904
7206911 Department of Treasury Internal Revenue Svc Ctr Ogden, UT 84201−0012
7209742 Eagle Pest Control, Inc. 1775 Porter St P.O. Box 3943 Batesville, AR 72503−3943
7209733 Eagle Pest Management 1775 Porter St P.O. Box 3943 Batesville, AR 72503−3943
7209743 Eagle Pest Management P.O. Box 3943 1775 Porter St Batesville, AR 72501−4710
7206912 Eagle Pest Management Services of Arkansas, LLC Attn Waymon Long 1775 Porter St P.O. Box 3943 Batesville, AR 72503
7213075 Fairfield Bay Community Club, Inc 337 Snead Dr PO Box 1370 Fairfield Bay, AR 72088
7206913 Fairfield Bay Fitness, Inc Attn Thomas R Lang, President dba The Hart Center 134 Hillview Dr P.O. Box 1080 Fairfield Bay, AR 72088
7209686 Falcon Claims Services 225 Liberty St, 36th Fl New York, NY 10281−5001
7239992 Glenn L. Freeman 3400 Comanche Trl Hurst, TX 76054
7206915 Graham Plumbing Attn Daniel Graham P.O. Box 498 Heber Springs, AR 72543
7206916 HDI Global Specialty SE HDI Platz 1 Hanover, 30659 GERMANY
7213079 Hamilton Cove Townhouses Proper 1125 Dave Creek Pkwy Fairfield Bay, AR 72088
7209748 Hamilton Cove Townhouses Property Owners Ass 1125 Dave Creek Parkway Fairfield Bay, AR 72088
7206917 Internal Revenue Service Attn Centralized Insolvency Operation 2970 Market St Mail Stop 5−Q30.133 Philadelphia, PA 19104−5016
7263285 John D Schlieman 448 Blue Violet Way Durham, NC 27713−9641
7206918 K L Gates LLP Attn Brandy A Sargent 1 SW Columbia St, Ste 1900 Portland, OR 97204
7206919 K L Gates LLP Attn Daniel M Eliades, Peter J D Auria 1 Newark Ctr, 10th Fl Newark, NJ 07102
7206920 K L Gates LLP Attn Jonathan N Edel 300 S Tryon St, Ste 1000 Charlotte, NC 28202
7206921 Mack s Lawn Care, Inc Attn Maclin Litaker, President P.O. Box 135 Shirley, AR 72153
7206922 MasterCorp 3505 N Main St P.O. Box 4027 Crossville, TN 38557
7213077 Mountain Ridge Condominium Council of Co−Owners, Inc. 100 Mountain Ridge Cir Fairfield Bay, AR 72088
7206924 Office of The US Trustee 200 W Capitol, Ste 1200 Little Rock, AR 72201
7206923 Office of the US Attorney for the Eastern Dist of Arkansas Attn Jonathan D Ross 425 W Capitol Ave, Ste 500 Little Rock, AR 72201
7206925 Petit Jean Electric 270 Quality Dr P.O. Box 37 Clinton, AR 72031−0037

| | | | | | |
|---|---|---|---|---|---|
| 7209734 | Petit Jean Electric | P.O. Box 37 | 270 Quality Dr | Clinton, AR 72031−6931 | |
| 7206926 | Petit Jean Electric | P.O. Box 37 | Clinton, AR 72031 | | |
| 7206927 | Roger Goodwin | dba G D Warehouse Storage | 135 Hillview Dr, Apt 24 | Fairfield Bay, AR 72088 | |
| 7209736 | Skarzynski Marick Black LLP | 1 Battery Park Plz, 32nd Fl | New York, NY 10004−1465 | | |
| 7206930 | State of Arkansas | Corporation Income Tax | P.O. Box 919 | Little Rock, AR 72203−0919 | |
| 7209745 | Stephens Insurance Co | 111 Center St, Ste 100 | Little Rock, AR 72201−4451 | | |
| 7206931 | Stephens Insurance, LLC | 111 Center St, Ste 100 | Little Rock, AR 72201−4451 | | |
| 7206932 | Stephens Insurance, LLC | Attn Kristi Tippy | P.O. Box 3507 | Little Rock, AR 72203 | |
| 7206933 | Sutterfield Ready Mix LLC | 15381 Hwy AR−16 E | Fairfield Bay, AR 72088 | | |
| 7209744 | T A Oil co Inc | 540 Dave Creek Pkwy | Fairfield Bay, AR 72088−3141 | | |
| 7209746 | Terminix Commercial | P.O. Box 29605 | Phoenix, AZ 85038−9605 | | |
| 7213078 | The Fairways Townhouse Association | 100 Fairways Dr. | Fairfield Bay, AR 72088 | | |
| 7209750 | The Fairways Townhouse Association, Inc. | 100 Fairways Drive | Fairfield Bay, AR 72088 | | |
| 7209687 | The Mountain Meadows Association, Inc. | 100 Pedestal Lane | Fairfield Bay, AR 72088 | | |
| 7206934 | Vacation Resort Management, Inc | fka Wyndham Vacation Management, Inc | 501 W Church St | Orlando, FL 32805 | |
| 7206936 | Van Buren County Collector | P.O. Box 359 | Clinton, AR 72301 | | |
| 7206937 | Wright Lindsey Jennings | Attn Charles T Coleman | 200 W Capitol Ave, Ste 2300 | Little Rock, AR 72201−3699 | |
| 7206938 | Wyndham Vacation Resorts, Inc | 501 W Church St | Orlando, FL 32805 | | |

TOTAL: 61